No. 01–6182. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6186. WILSON v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6188. BERRY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6191. WILLIAMS v. UNITED INSURANCE COMPANY OF AMERICA ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–6198. STEPHENS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–6199. LUKE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 01–6206. BRYANT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–6212. JACKSON v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 01–6213. JURY v. OLIVAREZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6217. WILLIAMS v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6218. WILKENS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–6219. MONK v. REED, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–6221. NORTH v. MAGYAR ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6229. LANDRY v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6233. LINGLE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.